Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION, a Korean Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ANNA SUI CORP., a New York Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 16-CV-05196-SVW-GJS <br><br> **NOTICE OF DISMISSAL OF ACTION** |

///

///

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Wongab Corporation, a Korean Corporation, hereby dismisses this action, *without prejudice*, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DONIGER / BURROUGHS |
| Date: August 31, 2016 | By: /s/ Scott A. Burroughs |
|  | Scott A. Burroughs, Esq. |
|  | Trevor W. Barrett, Esq. |
|  | Attorneys for Plaintiff |